| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION |
| Case number *(if known)* _____ Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **John R. Reed, Inc.**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **62-1818988**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **75 Currie Road**<br>**Dyer, TN 38330**<br>Number, Street, City, State & ZIP Code | **P.O. Box 306**<br>**Dyer, TN 38330**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Gibson**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **John R. Reed, Inc.**     Case number (*if known*)
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Reed Equipment Leasing, LLC** | | | Relationship | |
| District | **Eastern** | When | **5/03/16** | Case number, if known | **16-10880-JLC** |

Debtor **John R. Reed, Inc.** Case number (*if known*)
     Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **John R. Reed, Inc.**                                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  5, 2016**
             MM / DD / YYYY

**X /s/ John R. Reed**                                              **John R. Reed**
Signature of authorized representative of debtor                    Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ John L. Ryder**                                             Date  **May  5, 2016**
Signature of attorney for debtor                                          MM / DD / YYYY

**John L. Ryder**
Printed name

**Harris Shelton Hanover Walsh, PLLC**
Firm name

**40 S. Main Street, Suite 2700**
**Memphis, TN 38103-2555**
Number, Street, City, State & ZIP Code

Contact phone  **(901) 525-1455**          Email address

**8258**
Bar number and State

Fill in this information to identify the case:

Debtor name: **John R. Reed, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Best One Tire of Jackson**<br>**2690 Bells Hwy**<br>**Jackson, TN 38305** | | | | | | $115,246.34 |
| **Centennial Bank**<br>**463 N Trenton**<br>**Rutherford, TN 38369** | | **25 Trailers** | | $109,313.00 | $0.00 | $109,313.00 |
| **Comdata Telecommunicatons**<br>**P.O.Box 900**<br>**Brentwood, TN 37024** | | | | | | $14,065.17 |
| **Everbank Commercial Finance, Inc.**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | | **Computer Software** | | $28,949.00 | $0.00 | $28,949.00 |
| **Gibson County Trustee**<br>**P. O. Box 259**<br>**Trenton, TN 38382** | | | | | | $27,800.00 |
| **H&P Leasing, Inc.**<br>**1849 Flowood Drive**<br>**Flowood, MS 39232** | | | | | | $80,791.00 |
| **Jackson Trailer Service**<br>**20 E.L. Morgan Drive**<br>**Jackson, TN 38305** | | | | | | $19,266.96 |
| **John R. & Patsy Reed**<br>**PO Box 306**<br>**Dyer, TN 38330** | | | | | | $12,602,924.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **John R. Reed, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lynn Denton's Wrecker Service, Inc.** 43 Threeway Lane Humboldt, TN 38343 | | | | | | $13,345.00 |
| **Medova Healthcare** PO Box 246845 Oklahoma City, OK 73126 | | | | | | $64,491.82 |
| **Penske Truck Leasing** PO Box 802577 Chicago, IL 60680 | | | | | | $17,004.11 |
| **PeopleNet Communications Corp** PO Box 203673 Dallas, TX 75230 | | | | | | $11,147.34 |
| **Peterbilt of Sikeston** 433 Western Sikeston, MO 63801 | | | | | | $10,305.72 |
| **Prepass** 40 N. Central Avenue, Suite 2200 Phoenix, AZ 85004 | | trade debt | | | | $7,921.88 |
| **Reed Equipment Leasing, LLC** PO Box 306 Dyer, TN 38330 | | | | | | $508,875.00 |
| **Regions Insurance, Inc.** PO Box 11407 Birmingham, AL 35246-0628 | | | | | | $21,462.40 |
| **SEC Transport LLC** 113 Currie Rd Dyer, TN 38330 | | | | | | $8,500.00 |
| **Susquehannah Commercial Finance** 2 County View Rd, Ste. 300 Malvern, PA 19355 | | **25 Peoplenet BLU2 Standard Units** | | $9,554.00 | $9.00 | $9,545.00 |
| **United Group Programs, Inc.** 75 Remittance Drive Ste. 1257 Chicago, IL 60675 | | | | | | $8,751.53 |
| **Volunteer International** 626 Airways Jackson, TN 38301 | | | | | | $8,393.92 |

```
Airgas USA LLC
PO Box 532609
Atlanta, GA 30353

Alford's Tire Service
574 N Main Ste
Dyer, TN 38330

American Business Solutions Inc.
7560 A E Beaty Drive
Ste 1
Memphis, TN 38133

AT&T
PO Box 5014
Carol Stream, IL 60197

ATA Technologies
227 Oil Well Road
Jackson, TN 38305

Bama Pilot Car Service LLC
2481 Eagleridge Ln W
Cordova, TN 38016

Best One Tire of Jackson
2690 Bells Hwy
Jackson, TN 38305

Best Tarps
3953 Southland Drive
West Memphis, AR 72303

Blue Cross Blue Shield
PO Box 6539
Carol Stream, IL 60197-6439

Capital One Bank (USA), NA
POB 5294
Carol Stream, IL 60197-5294

Carolina Reo
915 N Main St
Salisbury, NC 28144

Centennial Bank
463 N Trenton
Rutherford, TN 38369

Chris Lewis Escorts LLC
PO Box 4
Coulters, PA 15028
```

```
Chrome Zone
2164 Hwy 70 E
Jackson, TN 38305

City Lumber Co
183 E Maple St
Dyer, TN 38330

City of Dyer
235 S Royal St
Dyer, TN 38330

Coastal Transport Refrigeration Co
PO Box 7456
Wilson, NC 27895

Comdata Telecommunicatons
P.O.Box 900
Brentwood, TN 37024

Compunet Credit Services
PO Box 844531
Dallas, TX 75284

Cooperative Financial Solutions
PO Box 3003
La Vergne, TN 37086

Crow's Truck Service, Inc.
5278 Highway 78
Memphis, TN 38118

Dyer Fiberglass, Inc.
PO Box 311
Dyer, TN 38330

Dyer Florist
PO Box 272
Dyer, TN 38330

Everbank Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054

Federal Express
P. O. Box 94515
Palatine, IL 60094-4515

Gibson County Trustee
P. O. Box 259
Trenton, TN 38382
```

```
Grose Fire Protection
5320 Highway 70
P. O. Box 429
Mason, TN 38049

H&P Leasing, Inc.
1849 Flowood Drive
Flowood, MS 39232

H&P Leasing, Inc.
POB 6257
Pearl, MS 39288-6257

Hamilton Pilot Car Service
7525 W Co Hwy 30A
Santa Rosa Beach, FL 32459

Haulin A&S Pilot Car Service
11371 Ruth Ct
Biloxi, MS 39532

HCI Supply
PO Box 200
Humboldt, TN 38343

Hometown Auto Parts, Inc.
2052 Highway 45 Bypass
Trenton, TN 38382

Imminent Technologies, Inc.
212 Lake Air Drive
Waco, TX 76710

Insurance Information Exchange
PO Box 27828
New York, NY 10087

IPFS Corporation
PO Box 730223
Dallas, TX 75373

J Bisio Enterprises Inc.
PO Box 206
Cane Ridge, TN 37011

Jackson Trailer Service
20 E.L. Morgan Drive
Jackson, TN 38305

JJ Keller & Assoc. Inc.
PO Box 548
Neenah, WI 54957
```

John R. & Patsy Reed
PO Box 306
Dyer, TN 38330

Jones Telecommunications
PO Box 264
Dyer, TN 38330

Legal Shield
PO Box 2629
Ada, OK 74821

Lynn Denton's Wrecker Service, Inc.
43 Threeway Lane
Humboldt, TN 38343

Medova Healthcare
PO Box 246845
Oklahoma City, OK 73126

Ohio Dept of Public Safety
1000 Hospital Drive
Batavia, OH 45103

Penske Truck Leasing
PO Box 802577
Chicago, IL 60680

PeopleNet Communications Corp
PO Box 203673
Dallas, TX 75230

Peterbilt of Sikeston
433 Western
Sikeston, MO 63801

Prepass
40 N. Central Avenue, Suite 2200
Phoenix, AZ 85004

Primrose Oil Company
PO Box 29665
Dallas, TX 75229

Quill Corporation
PO Box 37600
Philadelphia, PA 19101

Reed Equipment Leasing, LLC
PO Box 306
Dyer, TN 38330

Regions Insurance, Inc.
PO Box 11407
Birmingham, AL 35246-0628

```
Republic Services
PO Box 9001099
Louisville, KY 40290

Roberts Gibson, Inc.
PO Box 681
Dyersburg, TN 38025

SEC Transport LLC
113 Currie Rd
Dyer, TN 38330

State Farm Insurance Co
PO Box 186
Dyer, TN 38330

State Gazette
PO Box 808
Dyersburg, TN 38025

Sullivan Fabrication Co
42 Currie Rd
Dyer, TN 38330

Susquehannah Commercial Finance
2 County View Rd, Ste. 300
Malvern, PA 19355

TMT Software Co
PO Box 203455
Dallas, TX 75230

Tom McLeod Software Corp
PO Box 43200
Birmingham, AL 35243

Transport Permits
West Des Moines, IA 50265


Trenton Industrial Laundry
504 West 10th Street
Trenton, TN 38382

TruckPro, Inc.
PO Box 905044
Charlotte, NC 28290

United Group Programs, Inc.
75 Remittance Drive Ste. 1257
Chicago, IL 60675

Verizon Wireless
POB 660108
Dallas, TX 75266-0108
```

```
Vigillo LLC
630 NW 10th Ave
Portland, OR 97209

Volunteer International
626 Airways
Jackson, TN 38301

Waste Management Inc. of TN
POB 9001555
Louisville, KY 40290-1555

WorkCare Resource
49 Old Hickory Blvd. E.
Jackson, TN 38305
```

# United States Bankruptcy Court
## Western District of Tennessee, Western Division

In re  **John R. Reed, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **John R. Reed, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May  5, 2016** | **/s/ John L. Ryder** |
| Date | **John L. Ryder 8258** |
| | Signature of Attorney or Litigant |
| | Counsel for  **John R. Reed, Inc.** |
| | **Harris Shelton Hanover Walsh, PLLC** |
| | **40 S. Main Street, Suite 2700** |
| | **Memphis, TN 38103-2555** |
| | **(901) 525-1455 Fax:(901) 526-4084** |